Louise E. LUALLEN, Plaintiff–Appellant,

and

Tina C. Ntuen; Mariana Williams; Brenda K. Smith; Velvet Garriques; Linda Glasgow, Plaintiffs,

v.

GUILFORD HEALTH CARE CENTER; Parent Corporation Medical Facilities of North Carolina, Incorporated, Defendants–Appellees.

Nos. 04–1121, 04–1927.

United States Court of Appeals, Fourth Circuit.

Submitted: Nov. 24, 2004.

Decided: Dec. 20, 2004.

Romallus O. Murphy, Greensboro, North Carolina, for Appellant.

Patricia Williams Goodson, Kilpatrick Stockton L.L.P., Raleigh, North Carolina, for Appellees.

Before TRAXLER and SHEDD, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Louise E. Luallen appeals the district court's order denying relief on her discrimination claims based on Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e (2000), and denying her motion filed under Fed.R.Civ.P. 60(b). We have reviewed the record and find no reversible error. Accordingly, we affirm the denial of Luallen's Title VII claims on the reasoning of the district court. *See Luallen v. Guilford Health Care Ctr.*, No. CA–02–738–1 (M.D.N.C. Dec. 19, 2003; June 15, 2004). Moreover, we conclude that Luallen waived her right to appeal the district court's denial of her Rule 60(b) motion by failing to comply with Fed.R.App. P. 28(a)(9)(A). We grant Appellees' motions to submit these appeals on the briefs and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*